**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ryan Lynn ANDERSON, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 1, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 1st day of September, 2009, the Application to Amend and the Petition for Allowance of Appeal are hereby **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Eliezer PEREZ, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 1, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 1st day of September, 2009, the Petition for Allowance of Appeal and "Petitioner's Application for Appointment of Counsel for Petition for Allowance of Appeal" are denied.